CONRAD, Respondent, vs. THE FIRE ASSOCIATION OF PHILA-
DELPHIA, Garnishee, Appellant.

*September 7 — September 28, 1897.*

*Dowling v. Lancashire Ins. Co., ante, p. 50, followed.*

APPEAL from a judgment of the circuit court for Eau
Claire county: W. F. BAILEY, Circuit Judge. *Appeal dis-
missed.*

For the appellant there was a brief by *Doolittle & Shoe-
maker*, and oral argument by *L. A. Doolittle.*

For the respondent there was a brief by *Geo. C. & Fred
A. Teall*, and oral argument by *Fred A. Teall.*

CASSODAY, C. J.    For the reasons given in the opinion in
the case of *Dowling v. Lancashire Ins. Co., ante,* p. 50, the
appeal in this case is dismissed.

*By the Court.*— So ordered.